IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY GOODWIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOUIS FOLINO, et al. | : | NO. 05-CV-4403 |

**O R D E R**

AND NOW, this 13th day of July, 2009, after a *de novo* review as required by 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), IT IS HEREBY ORDERED :

1. The Magistrate Judge's Report and Recommendation is APPROVED and ADOPTED.

2. The petitioner's objections are OVERRULED.

3. The petition for writ of *habeas corpus* is DENIED and DISMISSED AS TIME-BARRED under 28 U.S.C. § 2244(d)(1).

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR.